ALBERT CUTNO AND
AKEISHA WHARTON

VERSUS

GOAUTO INSURANCE
COMPANY AND BRITTANY
NICHOLAS

    *      NO. 2019-CA-0478

    *      COURT OF APPEAL

    *      FOURTH CIRCUIT

    *      STATE OF LOUISIANA

    *

    *

* * * * * * *

LOBRANO, J., CONCURS IN THE RESULT.